May 16, 1904.

————o————

No 3463.

(Court of Appeal, Parish of Orleans.)

## SUCCESSION OF ELLA HURLEY, 1st. WIFE OF ROBERT E. LEE.

1. Possession in the tax purchaser not being denied, and no allegations of dual assessment or of previous payment of taxes being made, the tax title is barred from attack by the jurisprudence under Art. 233 Const. of 1898.
2. The title is further protected by the prescription of ten years under a deed translative of property.

Appeal from Civil District Court Division C.

H. M. Ansley, for Plaintiff and Appellee.

Geo. Montgomery, for Adjudicatee, Appellant.

DUFOUR, J. In this rule to compel him to take title, the de-

fendant admits the adjudication to him, and avers that the title is not good.

The objections are that in 1888, Lee bought from H. & B. Beer who had purchased at tax sale, said to be void for certain causes, among which we do not find dual assessment or previous payment of taxes for which the property was sold.

Possession not being denied, the title is barred from attack by the jurisprudence under Art. 233 Const. 1898.

The title is further secured by the prescription of ten years under a deed translative of property.

The judgment making the rule absolute is correct.

Judgment affirmed.